UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-20855-CIV-GOLD/GOODMAN

TIMOTHY SNEED,

    Plaintiff,

v.

PAN AMERICAN HOSPITAL, et al.,

    Defendants.

_____/

**ORDER ON SNEED'S MOTION TO APPOINT THE U.S. MARSHALS SERVICE TO PERFECT SERVICE OF PROCESS ON DEFENDANTS DR. RAUL HERNANDEZ AND PEDRO G. HERNANDEZ, P.E.**

THIS MATTER is before the Court on Timothy Sneed's motion requesting that the Court appoint the United States Marshals Service to serve process on two currently non-served defendants, Dr. Raul Hernandez and Pedro G. Hernandez, P.E. (DE# 30.) The District Court referred this motion to me for resolution. (DE# 32.) No party responded to this motion, but Sneed subsequently filed an "Emergency Motion to Enter Ruling," requesting that the Court expedite its consideration of his service motion. (DE# 47.)

For the reasons below, Sneed's motion (DE# 32) is **DENIED** without prejudice.

**I. Analysis**

In his motion, Sneed requests this Court appoint the United States Marshal to serve process in this case on two presently non-served defendants. However, this Court has no authority to order such service. 28 U.S.C. § 1915(d) authorizes a district court to order the United States Marshal to serve process on the defendants in a lawsuit filed by a plaintiff who has been granted pauper status. *Fernandez v. Kash N' Karry Good Stores, Inc.*, 136 F.R.D. 495, 496 (M.D. Fla. 1991). Sneed has neither been granted

pauper status nor moved for pauper status. Consequently, Sneed is not entitled to his requested relief.

The Court denies his motion without prejudice. If Sneed applies for pauper status and thereafter were to be granted permission to proceed *in forma pauperis*, then he may renew this motion. Because the Court recognizes that Sneed is currently an incarcerated individual and therefore may have limited access to the Court's website, it has attached the standard *in forma pauperis* application form available to the general public at http://www.uscourts.gov/FormsAndFees/Forms/CourtFormsByCategory.aspx (last visited June 17, 2011).

## II. Conclusions

Sneed's motion (DE# 30) is denied without prejudice. Sneed may renew his motion if he applies for pauper status *and* the Court grants him permission to proceed *in forma pauperis*. This Order should not be construed as an advance ruling that Sneed would, in fact, be granted pauper status. Instead, the Court would evaluate the application under the appropriate standards.

**DONE AND ORDERED**, in Chambers, in Miami, Florida, this 17th day of June, 2011.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable Alan Gold

All counsel of record

Timothy Sneed, *pro se*